| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Atlas, Nancy F. | U.S.D.C. - S.D. Tx. | 12/08/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States District Court
515 Rusk Street, Room 9015
Houston, TX 77002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Member | VICTORY (Houston American Cancer Society) |
| 2. | Co-Trustee | Trust 1 |
| 3. | Co-Trustee | Trust 2 |
| 4. | Co-Trustee | Trust 3 |
| 5. | Co-Trustee | Trust 4 |
| 6. | Co-Trustee | Trust 5 |
| 7. | Council Member | American Bar Association Section of Litigation |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 12/08/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Self-employed mediator/arbitrator |
| 2. 2013 | Self-employed testifying expert |
| 3. 2013 | �altaltalt |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association, Section of Litigation ("SOL") | 01/16-01/19/13 | Marco Island, FL | Winter Leadership Meeting | transportation, lodging, meals |
| 2. | New York University | 04/04-04/07/13 | New York, NY | Admitted Students Program | transportation, lodging |
| 3. | American Bar Association, SOL | 04/24-04/26/13 | Chicago, IL | Section Annual Conference | transportation, lodging |
| 4. | American Bar Association, SOL | 06/13-06/16/13 | Newport, RI | Spring Leadership Meeting | transportation, lodging, meals |
| 5. | American Bar Association, SOL | 09/26-09/29/13 | Chicago, IL | Fall Leadership Meeting | transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 12/08/2014 |

| 6. | University of Texas | 10/25/13 | Austin, TX | Community Fellows Program | transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 12/08/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | (Section V Note 1) | See Section VIII | $0.0 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  ▮▮▮▮▮ BBVA Compass Bank, ▮▮▮ | | None | K | T | | | | | |
| 2.  AXA Equitable Universal Life Insurance | | None | L | T | | | | | |
| 3.  BBVA Compass Bank, ▮▮▮ | A | Interest | O | T | | | | | |
| 4.  Blind Squirrel Partners LLC | E | Royalty | L | U | | | | | |
| 5.  Diamond Castle Partner IV, L.P. (FN 1) | E | Int./Div. | L | U | | | | | |
| 6.  Diamond Castle Partner IV, Offshore Fund, L.P. (Y) | | | | | | | | | |
| 7.  Dreyfus Appreciation Fund (FN 2) | A | Dividend | L | T | | | | | |
| 8.  Epiphany Community Nursery School, personal loan-note receivable (FN9) | C | Interest | | | | 01/11/13 | L | | |
| 9.  | | | | | | 05/20/13 | L | | |
| 10. GLD-MFC SPDR Gold TR Gold SHS | | None | | | Buy | 02/05/13 | J | | |
| 11. | | | | | Sold | 03/14/13 | J | | |
| 12. GUNR - MFC Flexshares TR Morningstar Global Upstream Nat Res Index FD | A | Int./Div. | K | T | Buy | 02/05/13 | K | | |
| 13. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 14. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 15. IRA #1 | | None | | | | | | | |
| 16. -Aberdeen Asia-Pacific Income Fund Inc. (FAX) | | | | | Sold | 01/10/13 | L | C | |
| 17. -Applied Materials Inc. (AMAT) | | | | | Sold | 01/10/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Berkshire Hathaway Inc. (BRK B) | | | | | Buy | 01/10/13 | K | | |
| 19. | | | | | Sold | 01/10/13 | N | | |
| 20. -Blackrock Build America Bd Tr (BBN) | | | | | Sold | 01/24/13 | M | D | |
| 21. -Cisco Systems Inc. (CSCO) | | | | | Sold | 01/10/13 | M | D | |
| 22. -Eaton Vance Float Rate Inc. TR Closed End Fund (EFT) | | | | | Sold | 01/10/13 | M | E | |
| 23. -Excelon Corp. (EXC) | | | | | Sold | 01/10/13 | L | | |
| 24. -John Hancock PFD Income II-Closed End Fund (HPF) (FN 10) | | | | | Sold | 01/10/13 | L | D | |
| 25. -Johnson Controls Inc. (JCI) | | | | | Sold | 01/10/13 | M | | |
| 26. -Matthews Intl FDS-Asia Dividend FD (MAPIX) | | | | | Sold | 01/10/13 | L | C | |
| 27. -MFA Financial Inc. REITS (MFA) | | | | | Sold | 01/10/13 | M | D | |
| 28. -National Retail Properties Inc. (NNN) | | | | | Sold | 01/10/13 | M | E | |
| 29. -Nuveen Fltg Rate Incm Oppty FD (JRO) | | | | | Sold | 01/10/13 | L | C | |
| 30. -Redwood Trust (RWT) | | | | | Sold | 01/10/13 | M | E | |
| 31. -Stratton FDS Inc. Small-Cap YLD (STSCX) | | | | | Sold | 01/10/13 | L | C | |
| 32. -TD Ameritrade Money Market Acct. | | | | | Closed | 02/07/13 | J | | |
| 33. -United Parcel Service (UPS) | | | | | Sold | 01/10/13 | M | D | |
| 34. -Verizon Communications COM (VZ) | | | | | Sold | 01/10/13 | M | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA #2 | E | Int./Div. | P1 | T | | | | | |
| 36. -GLD-MFC SPDR Gold TR Gold SHS | | | | | Sold (part) | 01/24/13 | K | B | |
| 37. | | | | | Sold | 03/14/13 | K | | |
| 38. -GUNR - MFC Flexshares TR Morningstar Global Upstream Nat Res | | | | | Buy | 01/24/13 | K | | |
| 39. | | | | | Buy (add'l) | 03/14/13 | J | | |
| 40. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 41. | | | | | Sold (part) | 12/05/13 | J | | |
| 42. -NGREX - MFB Northern FDS Global Real Estate Index FD | | | | | Sold (part) | 07/25/13 | J | A | |
| 43. | | | | | Buy | 12/05/13 | J | | |
| 44. -NHFIX - MFB Northern Hi Yield Fxd Inc. FD | | | | | Buy | 01/09/13 | J | | |
| 45. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 46. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 47. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 48. -NOBOX - MFB Northern FDS BD Index FD | | | | | Buy | 01/09/13 | J | | |
| 49. | | | | | Buy (add'l) | 07/25/13 | K | | |
| 50. | | | | | Sold (part) | 12/05/13 | L | | |
| 51. -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | | | | | Buy | 01/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 53. | | | | | Sold (part) | 12/05/13 | J | | |
| 54. -NOINX - MFB Northern Intl Equity Index FD | | | | | Buy | 01/09/13 | J | | |
| 55. | | | | | Sold (part) | 03/14/13 | J | A | |
| 56. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 57. | | | | | Buy (add'l) | 09/19/13 | K | | |
| 58. | | | | | Buy (add'l) | 12/05/13 | L | | |
| 59. -NOMIX - MFB Northern Mid Cap Index FD | | | | | Buy | 07/25/13 | J | | |
| 60. | | | | | Sold (part) | 12/05/13 | J | B | |
| 61. -NORXX - MFB Northern Funds Money Market Fund | | | | | | | | | |
| 62. -NOSIX - MFB Northern FDS STK Index FD | | | | | Buy | 01/09/13 | J | | |
| 63. | | | | | Buy (add'l) | 03/14/13 | J | | |
| 64. | | | | | Sold (part) | 07/25/13 | K | D | |
| 65. | | | | | Sold (part) | 12/05/13 | K | D | |
| 66. -NSIDX - MFB Northern FDS Small Cap Index FD | | | | | Sold (part) | 07/25/13 | K | C | |
| 67. | | | | | Sold (part) | 12/05/13 | J | A | |
| 68. -NUSFX - Northern FDS Ultra Short Fixed Income FD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -PCRIX - MFO Pimco FDS Pac Invt Mgmt Ser Commodity RealReturn S | | | | | Sold | 01/24/13 | J | A | |
| 70. -TDTF - MFC Flexshares TR IBOXX 5 Yr Target Duration TIPS Index | | | | | Buy | 07/25/13 | J | | |
| 71. | | | | | Sold | 09/19/13 | J | | |
| 72. -TDTT - MFC Flexshares TR IBOXX 3 Yr Target Duration TIPS Index | | | | | Buy | 03/14/13 | J | | |
| 73. | | | | | Buy (add'l) | 03/15/13 | J | | |
| 74. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 75. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 76. | | | | | Sold (part) | 09/19/13 | J | | |
| 77. IRA #3 | D | Int./Div. | P1 | T | | | | | |
| 78. -GLD - MFC SPDR Gold TR Gold SHS | | | | | Buy | 02/06/13 | L | | |
| 79. | | | | | Sold | 03/14/13 | L | | |
| 80. -GUNR - MFC Flexshares TR Morningstar Global Upstream Nat Res I | | | | | Buy | 02/06/13 | M | | |
| 81. | | | | | Buy (add'l) | 03/14/13 | K | | |
| 82. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 83. | | | | | Sold (part) | 12/05/13 | K | | |
| 84. -NGREX - MFB Northern FDS Global Real Estate Index FD | | | | | Buy | 02/06/13 | M | | |
| 85. | | | | | Sold (part) | 07/25/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/05/13 | K | | |
| 87. -NHFIX - MFB Northern Hi Yield Fxd Inc. FD | | | | | Buy | 02/06/13 | N | | |
| 88. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 89. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 90. | | | | | Buy (add'l) | 12/05/13 | K | | |
| 91. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 92. -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | | | | | Buy | 02/06/13 | N | | |
| 93. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 94. | | | | | Buy (add'l) | 07/25/13 | K | | |
| 95. | | | | | Sold (part) | 12/05/13 | J | | |
| 96. -NOINX - MFB Northern Intl Equity Index FD | | | | | Buy | 02/06/13 | N | | |
| 97. | | | | | Sold (part) | 03/14/13 | J | A | |
| 98. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 99. | | | | | Buy (add'l) | 07/25/13 | K | | |
| 100. | | | | | Buy (add'l) | 09/19/13 | K | | |
| 101. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 102. | | | | | Buy (add'l) | 12/05/13 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -NOITX - MFB Northern FDS Inter Tax Exempt FD | | | | | Buy | 02/06/13 | N | | |
| 104. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 105. | | | | | Buy (add'l) | 07/25/13 | K | | |
| 106. | | | | | Sold (part) | 12/05/13 | M | | |
| 107. -NOMIX - MFB Northern Mid Cap Index FD | | | | | Buy | 02/06/13 | L | | |
| 108. | | | | | Buy (add'l) | 07/05/13 | J | | |
| 109. | | | | | Sold (part) | 12/05/13 | J | B | |
| 110. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 111. -NORXX - MFB Northern FDS Money Market FD | | | | | Buy | 02/01/13 | P1 | | |
| 112. -NOSIX - MFB Northern FDS STK Index FD | | | | | Buy | 02/06/13 | O | | |
| 113. | | | | | Buy (add'l) | 03/14/13 | J | | |
| 114. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 115. | | | | | Sold (part) | 07/25/13 | M | D | |
| 116. | | | | | Buy (add'l) | 10/03/13 | J | | |
| 117. | | | | | Sold (part) | 12/05/13 | L | D | |
| 118. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 119. -NSIDX - MFB Northern FDS Small Cap Index FD | | | | | Buy | 02/06/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 07/25/13 | K | D | |
| 121. | | | | | Sold (part) | 12/05/13 | J | A | |
| 122. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 123. -NTAUX - MFB Northern FDS Tax Advantaged Ultra Short Fixed | | | | | Buy | 02/06/13 | K | | |
| 124. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 125. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 126. -TDTF - MFC Flexshares TR IBOXX 5 Yr Target Duration TIPS Index | | | | | Buy | 02/06/13 | K | | |
| 127. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 128. | | | | | Sold | 09/19/13 | K | | |
| 129. -TDTT - MFC Flexshares TR IBOXX 3 Yr Target Duration TIPS Index | | | | | Buy | 02/06/13 | K | | |
| 130. | | | | | Buy (add'l) | 03/14/13 | K | | |
| 131. | | | | | Buy (add'l) | 03/15/13 | J | | |
| 132. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 133. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 134. | | | | | Sold (part) | 09/19/13 | K | | |
| 135. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 136. IRA #5 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Vanguard Small Cap Index Fund | | | | | Buy | 02/04/13 | K | | |
| 138.  Kinder Morgan Inc. (common) | A | Dividend | J | T | | | | | |
| 139.  Nexus Members 1999 Drilling Fund LLLP (Y) | | | | | | | | | |
| 140.  Nexus Resources LLC-Preferred | E | Royalty | K | U | | | | | |
| 141.  NGREX - MFB Northern FDS Global Real Estate Index FD | A | Int./Div. | K | T | Buy | 02/05/13 | K | | |
| 142. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 143. | | | | | Sold (part) | 07/25/13 | J | | |
| 144. | | | | | Sold (part) | 09/19/13 | J | | |
| 145.  NHFIX - MFB Northern Hi Yield Fxd Inc. FD | C | Interest | L | T | Buy | 02/05/13 | L | | |
| 146. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 147. | | | | | Sold (part) | 07/25/13 | J | | |
| 148. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 149.  NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | A | Dividend | K | T | Buy | 02/05/13 | K | | |
| 150. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 151. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 152. | | | | | Sold (part) | 12/05/13 | J | | |
| 153.  NOINX - MFB Northern Intl Equity Index FD | B | Dividend | M | T | Buy | 02/05/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 05/29/13 | J | | |
| 155. | | | | | Buy (add'l) | 07/25/13 | K | | |
| 156. | | | | | Buy (add'l) | 09/19/13 | J | | |
| 157. | | | | | Sold (part) | 10/07/13 | J | | |
| 158. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 159. NOITX - MFB Northern FDS Inter Tax Exempt FD | B | Interest | M | T | Buy | 02/05/13 | L | | |
| 160. | | | | | Buy (add'l) | 05/21/13 | K | | |
| 161. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 162. | | | | | Sold (part) | 10/07/13 | J | | |
| 163. | | | | | Sold (part) | 12/05/13 | J | | |
| 164. NOMIX - MFB Northern Mid Cap Index FD | A | Dividend | K | T | Buy | 02/05/13 | J | | |
| 165. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 166. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 167. | | | | | Sold (part) | 12/05/13 | J | A | |
| 168. NOMXX - MFB Northern Funds Mun Money Mkt Fund | A | Interest | J | T | Buy | 01/03/13 | O | | |
| 169. NOSIX - MFB Northern FDS STK Index FD | B | Dividend | M | T | Buy | 02/05/13 | L | | |
| 170. | | | | | Buy (add'l) | 05/21/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 07/25/13 | K | A | |
| 172. | | | | | Sold (part) | 10/07/13 | J | A | |
| 173. | | | | | Sold (part) | 12/05/13 | J | B | |
| 174. NSIDX - MFB Northern FDS Small Cap Index FD | A | Dividend | J | T | Buy | 02/05/13 | J | | |
| 175. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 176. | | | | | Sold (part) | 07/25/13 | J | A | |
| 177. NTAUX - MFB Northern FDS Tax Advantaged Ultra Short Fixed | A | Interest | J | T | Buy | 02/05/13 | J | | |
| 178. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 179. Real Property, Travis County, TX | E | Rent | | | Sold | 09/30/13 | N | F | Rubi Sidharta |
| 180. Roth IRA #1 | C | Dividend | M | T | | | | | |
| 181. -Vanguard Small Cap Index Fund | | | | | | | | | |
| 182. -Vanguard Treasury Money Market Fund | | | | | | | | | |
| 183. -Rollover: Vanguard 500 Index Fund | | | | | | | | | |
| 184. SEP IRA #1 | A | Int./Div. | J | T | | | | | |
| 185. -NHFIX - MFB Northern Hi Yield Fxd Inc. FD | | | | | Buy | 10/18/13 | J | | |
| 186. -NOINX-Northern Intl Equity Index FD | | | | | Buy | 10/18/13 | J | | |
| 187. -NORXX - MFB Northern FDS Money Market FD | A | Int./Div. | J | T | Buy | 10/15/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -NOSIX - MFB Northern FDS STK Index FD | | | | | Buy | 10/18/13 | J | | |
| 189. TD Ameritrade Money Market Acct. | | None | J | T | | | | | |
| 190. TDTF - MFC Flexshares TR IBOXX 5 Yr Target Duration TIPS Index FD | A | Interest | | | Buy | 02/05/13 | J | | |
| 191. | | | | | Sold | 09/19/13 | J | | |
| 192. TDTT - MFC Flexshares TR IBOXX 3 Yr Target Duration TIPS Index FD | A | Interest | K | T | Buy | 02/05/13 | J | | |
| 193. | | | | | Buy (add'l) | 03/14/13 | J | | |
| 194. | | | | | Buy (add'l) | 03/15/13 | J | | |
| 195. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 196. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 197. TD Ameritrade Money Market Acct. | | None | | | Closed | 01/03/13 | J | | |
| 198. TPG Partners V, L.P. (FN 3) | C | Int./Div. | L | U | | | | | |
| 199. V&E 401K | | None | P1 | T | | | | | |
| 200. -V&E 401(K) PIMCO Total Ret-Inst (FN 4) | | | | | Sold (part) | 07/18/13 | K | | |
| 201. -V&E 401(K) Vanguard Infl-Prot Secs (FN 4) | | | | | Buy | 01/17/13 | K | | |
| 202. -V&E 401(K) Vanguard Institutional Index (FN 4) | | | | | Sold (part) | 07/18/13 | L | | |
| 203. -V&E 401(K) Vanguard Mid Cap Index | | | | | Sold (part) | 07/17/13 | K | | |
| 204. -V&E 401(K) Vanguard Total International Stock Index (FN 4) | | | | | Sold (part) | 01/18/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. VFF II FAF L.P. (FN 6) | | None | J | U | Buy | 12/20/13 | K | | |
| 206. Vinson & Elkins Pension Plan (FN 5) | | None | O | W | | | | | |
| 207. Wegoma Berkshire VII, L.P. (FN 7) | C | Int./Div. | K | U | | | | | |
| 208. WG&M Capital Account | C | Interest | L | T | | | | | |
| 209. TRUST 1 | D | Dividend | O | T | | | | | |
| 210. -Dreyfus Appreciation Fund (FN 2) | | | | | | | | | |
| 211. TRUST 2 | C | Int./Div. | M | T | | | | | |
| 212. -BBVA Compass Bank, ▓▓▓▓▓. # 4 | | | | | | | | | |
| 213. -GLD: MFC Spdr Gold Tr Gold Shs | | | | | Sold (part) | 01/24/13 | J | A | |
| 214. | | | | | Sold | 03/14/13 | J | A | |
| 215. -GUNR: MFC Flexshares TR Morningstar Global Upstream Nat. Res. Ind | | | | | Buy | 01/24/13 | J | | |
| 216. | | | | | Buy (add'l) | 03/14/13 | J | | |
| 217. -NGREX: MFB Northern Fds Global Real Estate Index Fund | | | | | Buy | 12/05/13 | J | | |
| 218. -NHFIX: MFB Northern High Yield Fixed Income Fund | | | | | Buy | 12/05/13 | J | | |
| 219. -NOEMX: MFB Northern FDS Emerging Mkts Equity Index FD | | | | | Buy | 07/30/13 | J | | |
| 220. -NOINX: MFB Northern Intl Equity Index FD | | | | | Buy | 07/25/13 | J | | |
| 221. | | | | | Buy (add'l) | 09/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 223. -NOITX: MFB Northern Funds Inter Tax Exempt Fund | | | | | Buy | 07/30/13 | J | | |
| 224. | | | | | Sold (part) | 12/05/13 | J | A | |
| 225. -NOMIX: MFB Northern Mid Cap Index FD | | | | | | | | | |
| 226. -NOMXX: MFB Northern Funds Mun Money Mkt Fund | | | | | | | | | |
| 227. -NOSIX: MFB Northern FDS Stk Index FD | | | | | Sold (part) | 07/25/13 | J | A | |
| 228. | | | | | Sold (part) | 12/05/13 | J | A | |
| 229. -NSIDX: MFB Northern FDS Small Cap Index FD | | | | | Sold (part) | 07/25/13 | J | A | |
| 230. -NTAUX: MFB Northern FDS Tax Advantaged Ultra Short Fixed | | | | | | | | | |
| 231. -PCRIX: MFO Pimco FDS PAC Invt Mgmt Ser Commodity Real Return Strat | | | | | Sold | 01/24/13 | J | | |
| 232. -TDTF: MFC Flexshares Tr IBOXX 5 yr Target Duration TIPS Index Fd | | | | | Sold | 09/19/13 | J | A | |
| 233. -TDTT: MFC Flexshares Tr IBOXX 3 yr Target Duration TIPS Index Fd | | | | | Buy | 03/14/13 | J | | |
| 234. | | | | | Sold (part) | 09/19/13 | J | | |
| 235. TRUST 3 | C | Int./Div. | M | T | | | | | |
| 236. -BBVA Compass Bank, ▭ . # 5 | | | | | | | | | |
| 237. -GLD: MFC Spdr Gold Tr Gold Shs | | | | | Sold (part) | 01/24/13 | J | A | |
| 238. | | | | | Sold | 03/14/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -GUNR: MFC Flexshares TR Morningstar Global Upstream Nat. Res. Ind | | | | | Buy | 01/24/13 | J | | |
| 240. | | | | | Buy (add'l) | 03/14/13 | J | | |
| 241. | | | | | Sold | 12/05/13 | J | A | |
| 242. -NGREX: MFB Northern Fds Global Real Estate Index Fund | | | | | Buy | 12/05/13 | J | | |
| 243. -NHFIX: MFB Northern Fds High Yield Fixed Income Fund | | | | | Buy | 12/05/13 | J | | |
| 244. -NOEMX:MFB Northern Fds Emerging Mkts Equity Index Fund | | | | | Buy | 07/30/13 | J | | |
| 245. -NOINX:MFB Northern Fds Intl Equity Index Fund | | | | | Buy | 07/25/13 | J | | |
| 246. | | | | | Buy (add'l) | 09/19/13 | J | | |
| 247. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 248. -NOITX: MFB Northern Fds Inter Tax Exempt Fund | | | | | Buy | 07/30/13 | J | | |
| 249. | | | | | Sold (part) | 12/05/13 | J | | |
| 250. -NOMIX: MFB Northern Fds Mid Cap Index Fund | | | | | | | | | |
| 251. -NOMXX: MFB Northern Funds Mun Money Mkt Fund | | | | | | | | | |
| 252. -NOSIX: MFB Northern Fds Stk Index Fund | | | | | Sold (part) | 07/25/13 | J | A | |
| 253. | | | | | Sold (part) | 12/05/13 | J | A | |
| 254. -NSIDX: MFB Northern Fds Small Cap Index Fund | | | | | Sold (part) | 07/25/13 | J | A | |
| 255. -NTAUX: MFB Northern Fds Tax Advantaged Ultra Short Fixed Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -PCRIX: MFO Pimco Funds PAC Invt Mgmt Ser Commodity Real Return Str | | | | | Sold | 01/24/13 | J | | |
| 257. -TDTF: MFC Flexshares Tr IBOXX 5 yr Target Duration TIPS Index Fd | | | | | Sold | 09/19/13 | J | A | |
| 258. -TDTT: MFC Flexshares Tr IBOXX 3 yr Target Duration TIPS Index Fd | | | | | Buy | 03/14/13 | J | | |
| 259. | | | | | Sold (part) | 09/19/13 | J | | |
| 260. TRUST 4 | None | | N | T | | | | | |
| 261. -BBVA Compass Bank, ▉▉▉▉ Acct. #6 | | | | | | | | | |
| 262. -Pacific Life Ins. Co. (X) (FN 8) | | | | | | | | | |
| 263. --Batterymarch Fin. Mgemt. Inc. Int'l Small Cap (X) | | | | | | | | | |
| 264. --BlackRock Inv. Mgemt. LLC Large-Cap Growth (X) | | | | | | | | | |
| 265. --ClearBridge Invs. LLC Var Mid Cap Core CL II (X) | | | | | | | | | |
| 266. --Franklin and BlackRock Small-Cap Equity (X) | | | | | | | | | |
| 267. --Mercury Equity Index Fund (Y) (FN 8) | | | | | | | | | |
| 268. --MFS Inv Mgemt. Int'l Large-Cap (X) | | | | | | | | | |
| 269. --Morgan Stanley Real Estate (X) | | | | | | | | | |
| 270. --Oppenheimer Funds Inc. Emerging Markets (X) | | | | | | | | | |
| 271. --Pacific Asset Mgemt. Cash Mgemt. Fund (X) | | | | | | | | | |
| 272. --Pacific Asset Mgemt. High Yield Bond (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 12/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. --PIMCO Inflation Managed (X) | | | | | | | | | |
| 274. --PIMCO Managed Bond (X) | | | | | | | | | |
| 275. --T Rowe Price Dividend Growth Portfolio (X) | | | | | | | | | |
| 276. --Van Eck Worldwide Ins. Trust VIP Global Hard Assets (X) | | | | | | | | | |
| 277. TRUST 5 | A | Dividend | N | T | | | | | |
| 278. -American General Life Ins. Co. (Universal Life Ins.) | | | | | | | | | |
| 279. -Lincoln National (Universal Life Ins.) | | | | | | | | | |
| 280. -Vanguard Index Trust 500 Portfolio | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section V Notes:

(1) A few times each year, friends invite ▓▓▓▓ me to sit with them at tables they have purchased at charity events. We occasionally invite friends to do the same, i.e., join us at tables we have purchased for charity events. Since my confirmation, each time a friend has invited us to sit at his/her table, ▓▓▓▓ has made a contribution to the organization hosting the event equal to or greater than the fair market value of two tickets to the event. Each time, the invitation has come from a close friend whose friendship long predated my nomination. A few of those friends are lawyers and could someday represent clients in my court. To my knowledge, none of those friends was a party or represented clients in my court at the time of the event at which we sat at their table.

Section VII Notes:

(1) Diamond Castle Partner IV, L.P. is a private equity fund that makes periodic capital calls. In response to capital calls, we invested an amount within category J in 5/14 and 9/16/13.

(2) Every year in late March and late December, the income from the Dreyfus Appreciation Fund in Trust 1 is automatically swept into and invested in the Dreyfus Appreciation Fund held in my ▓▓▓▓ account.

(3) TPG Partners V, L.P. is a private equity fund that makes periodic capital calls. In response to capital calls, we invested an amount within category J on 7/23/13.

(4) Although ▓▓▓▓ left the employ of Vinson & Elkins, L.L.P. in 2006, ▓ continues to participate in the Vinson & Elkins, L.L.P. Retirement Plans A and B. These are individual account defined contribution plans qualified under I.R.C. Section 401(a). The contributions by the firm were fixed during ▓▓▓▓ employment by the firm. Retirement Plan A has a salary reduction I.R.C. Section 401(k) feature. The Trustee of the Plan is JPMorgan Chase Bank, N.A., Houston, Texas. ▓▓▓▓ no investment discretion with respect to the investments of this defined contribution plan, except for the after-tax contribution component as to which ▓ e has the limited discretion to choose any of a number of funds that are available. These funds are managed by outside investment advisors. I cannot determine how much of the change in total market value since last year was due to interest and/or dividends or the amount of capital gains on sale of shares in the fund. JP Morgan Chase informed ▓▓▓▓ that they cannot provide me with this information.

(5) Annual payment (beginning 1/15/15) of a fixed amount times years of service starting 1/1/95. Present value was provided by ▓▓▓▓ former law firm.

(6) Vista Equity Partners' VFF II FAF, L.P. is a private equity fund that makes periodic capital calls. In response to capital calls, we invested an amount within category K on 12/20/13.

(7) Wegoma Berkshire VII, L.P. is a private equity fund that makes periodic capital calls. In response to capital calls, we invested an amount within category J on 5/23 and 7/25/13.

(8) For the assets in lines 263-75, Pacific Life Insurance Co. says that it cannot provide the income for any year. Company representatives state that because I hold an interest in funds in which the cash value of an insurance policy has been invested, and not an individual taxable investment, there are no individual dividends or realized gains to report; all that is reported are gains or losses to the policy cash value. In addition, the company states, under applicable government regulations, an insurance policy is considered an asset, not an investment.

▓▓▓▓ I bought this insurance policy sometime in the Fall of 2003. At that time, we understood that the cash value of the policy would be invested among selected assets/funds according to a percentage allocation we selected. We chose to allocate 100% of each year's invested funds in an equity index fund managed initially by a company named Mercury. We listed that investment in my Financial Disclosure Reports from 2003 through 2012. At some later date, possibly during 2006 (although the documentation is unclear), the equity fund manager changed from Mercury to BlackRock, although we did not notice this change until a few weeks ago. Each year beginning 2003, the portion of the annual premium that was added to the policy's cash value was automatically invested in the equity index fund.

On 5/30/12, ▓▓▓▓ and I sold the equity index fund, which then had a value of M. As indicated in the first paragraph of this footnote, the company cannot provide us the realized gain from a sale. We invested the sales proceeds in 13 funds, which are listed in this year's Report at lines 263-75, according to percentages we selected. Based on these percentages, on 5/30/12 we invested the amount of J in the funds listed on lines 263, 265-66, 269, 271-73, and 276; the amount of K in the funds listed on lines 264, 270, and 274-75; and the amount of L in the fund listed on line 268. We requested a rebalancing each year so that the investments in the 13 funds are adjusted to be in the same percentages as we originally selected.

▓▓▓▓ I did not realize until a few weeks ago that we should have reported these investments and transactions for calendar year 2012.

(9) A loan of L was made to this entity on 1/11/13. It was repaid in full on 5/20/13.

(10) This asset was shown erroneously on the 2012 F.D.R. as "sold" when it should have shown "part. sold."

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 12/08/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nancy F. Atlas**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544